PATRICK J. CORCORAN, PROSECUTOR, v. TOWN OF WEST HOBOKEN, DEFENDANT.

Submitted November term, 1922—Decided February 20, 1923.

On *certiorari*.

Before Justices KALISCH, BLACK and KATZENBACH.

For the prosecutor, *John F. Gough.*

For the defendant, *Edward C. Gunther* and *John J. Fallon.*

PER CURIAM.

The purpose of the writ in this case is to review an amendment to an ordinance of the town of West Hoboken, passed on August 23d, 1922, by which the pay of the police department of that town was increased. The first question raised

is whether, as the increased salaries are being paid, the various officers should have been made parties to this proceeding. *Cooper* v. *Town of Belleville,* 118 *Atl. Rep.* 332. It, however, is perhaps not necessary to bring these parties into court for the determination, if the ordinance be upheld. The question for determination comes up under *Pamph. L.* 1919, *p.* 26. Sufficient to say in this case, the records show that there were no salaries that were fixed by any referendum under that act. If the referendum had adopted the salaries, then, of course, under the statute the ordinance increasing the same would be invalid, according to the provisions of the act. But, as the salaries of the police department were never fixed by a referendum vote, the ordinance is valid. This view renders the making the various officers parties to this case unnecessary.

Holding the ordinance valid, the writ is dismissed, with costs.